**Opinion issued January 12, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00862-CV

_____

**PRESTIGE CARS AND TRUCKS, INC., Appellant**

**V.**

**MARC CREVISY, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-78362**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss its appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate of conference in its motion, appellant's motion includes a certificate of service, more than 10 days

have passed since the motion was filed, and no party has responded to the motion. *See* Tex. R. App. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Countiss and Rivas-Molloy.